**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 13, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-11080
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS ENRIQUE CERVANTES-RODRIGUEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CR-59-ALL
--------------------

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Luis Enrique
Cervantes-Rodriguez raises arguments that are foreclosed by
Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998),
which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and
not a separate criminal offense, and by United States v. Alonzo,
435 F.3d 551, 554 (5th Cir. 2006), which held that a sentence
within a properly calculated Guideline range is presumptively

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

reasonable.  The Government's motion for summary affirmance is

GRANTED, and the judgment of the district court is AFFIRMED.